Michael J. Elia (ISBN 5044)
Brady J. Hall (ISBN 7873)
MOORE & ELIA, LLP
1001 W. Idaho Street, Ste. 400
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALBERT PAYNE and SHIRLEY NOBLE as Representatives of and On behalf of THE ESTATE OF SCOT NOBLE PAYNE, Deceased, and not in their individual capacities,<br><br>    Plaintiffs,<br>vs.<br><br>ROBYN SANDY, et al.<br><br>    Defendants. | Case No. 09-cv-89-BLW<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, that the Complaint and all claims filed in the above-entitled action, may be and shall be dismissed, on the merits, with prejudice, with each party to bear their own costs and attorney fees, on the grounds and for the reasons that the claims of Plaintiffs Albert Payne and Shirley Noble, representatives, and on behalf of The Estate of Scot Noble Payne, have been fully satisfied and compromised.

DATED this 20th day of July, 2009.

SEINIGER LAW OFFICE

By: Breck Seiniger
Attorney for Plaintiffs

DATED this 20th day of August, 2009.

MOORE & ELIA

By: Michael J. Elia
Attorney for Defendants

STIPULATION FOR DISMISSAL OF ALL CLAIMS
WITH PREJUDICE                    2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __21st__ day of ~~July~~ August, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Wm Breck Seiniger, Jr.
wbs@seinigerlaw.com


And I certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF Registered Participant:


_____
Michael J. Elia

STIPULATION FOR DISMISSAL OF ALL CLAIMS
WITH PREJUDICE                           3